FILED

07/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0056

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0056

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

MONTY TERKILDSEN,

    Defendant and Appellant.

FILED

JUL 2 5 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

On April 20, 2023, Appellant Monty Terkildsen was granted an extension of time to file and serve his opening brief on or before May 26, 2023. Terkildsen did not thereafter file the opening brief and on June 6, 2023, this Court ordered that Terkildsen file the opening brief no later than July 6, 2023. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide a copy of this Order to all parties of record.

DATED this 25 day of July, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices